**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS LIGHTING NORTH AMERICA CORPORATION, | ) ) | |
| | ) | CIVIL ACTION NO.  14-cv-12298 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| WANGS ALLIANCE CORPORATION d/b/a WAC LIGHTING CO., | ) ) | Leave to file granted on January 12, 2015 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED COMPLAINT**

Plaintiffs Koninklijke Philips N.V. ("KPNV") and Philips Lighting North America

Corporation ("PLNA") (collectively, "Philips") bring this Amended Complaint for patent

infringement against Defendant Wangs Alliance Corporation d/b/a WAC Lighting Co. ("WAC").

**NATURE OF THE ACTION**

1.      This is an action for patent infringement under 35 U.S.C. §  271, *et seq.*, by

Philips against WAC for infringement of United States Patent Nos. 6,013,988 ("the '988

patent"), 6,147,458 ("the '458 patent"), 6,250,774 ("the '774 patent"), 6,561,690 ("the '690

patent"), 6,586,890 ("the '890 patent"), 6,788,011 ("the '011 patent"), 7,038,399 ("the '399

patent"), and 7,352,138 ("the '138 patent") (collectively, the "patents-in-suit").

**THE PARTIES**

2.      Plaintiff Koninklijke Philips N.V., formerly known as Koninklijke Philips

Electronics N.V. is a corporation organized and existing under the laws of the Netherlands, with

a principal place of business at Breitner Center, Amstelplein 2, 1096 BC Amsterdam, The

Netherlands.

3.      Plaintiff Philips Lighting North America Corporation is a corporation organized

and existing under the laws of Delaware, with a principal place of business at 200 Franklin

Square Drive, Somerset, New Jersey 08873.

4.      Upon information and belief, Defendant Wangs Alliance Corporation d/b/a WAC

Lighting Co. is a corporation organized and existing under the laws of New York, with a

principal place of business at 44 Harbor Park Drive, Port Washington, New York 11050.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

§§ 1331 and 1338.

6.      Upon information and belief, Defendant has made, used, provided, sold, offered

to sell, imported, or distributed to others for such purposes, lighting products and systems

employing light-emitting diodes ("LEDs") for illumination ("LED Lighting Devices")

throughout the United States, including Massachusetts and this judicial district.

7.      Upon information and belief, Defendant maintains or has maintained continuous

and systematic contacts with Massachusetts and this judicial district and has committed tortious

activity within the district.

8.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and/or

1400(b), as *inter alia* the Defendant is subject to personal jurisdiction in this district.

## FACTUAL BACKGROUND

9.      Upon information and belief, Defendant's LED Lighting Devices include, without

limitation, products under the LEDme®, dwelLED™, and InvisiLED® marks.  Defendant's

LED Lighting Devices include ceiling lighting products, track lighting products, rail lighting products, recessed lighting products, downlight products, tape lighting products, spotlight products, pendant lighting products, chandelier lighting products, outdoor lighting products, vanities, sconces, picture lights, button lights, and other luminaire-type lighting products.

## COUNT I: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,013,988

10.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

11.     On January 11, 2000, the United States Patent & Trademark Office ("Patent Office") duly and legally issued the '988 patent, entitled "Circuit Arrangement, and Signalling Light Provided with the Circuit Arrangement," to Marcel J. M. Bucks et al.  Plaintiff KPNV is the assignee and owner of the '988 patent, a copy of which is attached hereto as Exhibit A.

12.     Upon information and belief, Defendant is engaged in activities that infringe the '988 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its LEDme® track lighting and downlight products, in the United States.

13.     Upon information and belief, Defendant is aware of the '988 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

14.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

## COUNT II: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,147,458

15.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

16.     On November 14, 2000, the Patent Office duly and legally issued the '458 patent, entitled "Circuit Arrangement and Signalling Light Provided with the Circuit Arrangement," to

Marcel J. M. Bucks et al.  Plaintiff KPNV is the assignee and owner of the '458 patent, a copy of which is attached hereto as Exhibit B.

17.     Upon information and belief, Defendant is engaged in activities that infringe the '458 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its LEDme® track lighting and downlight products, in the United States.

18.     Upon information and belief, Defendant is aware of the '458 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

19.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

## COUNT III: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,250,774

20.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

21.     On June 26, 2001, the Patent Office duly and legally issued the '774 patent, entitled "Luminaire," to Simon H. A. Begemann et al.  Plaintiff KPNV is the assignee and owner of the '774 patent, a copy of which is attached hereto as Exhibit C.

22.     Upon information and belief, Defendant is engaged in activities that infringe the '774 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its LEDme® track lighting and downlight products, in the United States.

23.     Upon information and belief, Defendant is aware of the '774 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

24.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

## COUNT IV: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,561,690

25.    Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

26.    On May 13, 2003, the Patent Office duly and legally issued the '690 patent, entitled "Luminaire Based on the Light Emission of Light-Emitting Diodes," to Christophe Balestriero et al.  Plaintiff KPNV is the assignee and owner of the '690 patent, a copy of which is attached hereto as Exhibit D.

27.    Upon information and belief, Defendant is engaged in activities that infringe the '690 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its LEDme® downlight products, in the United States.

28.    Upon information and belief, Defendant is aware of the '690 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

29.    Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

## COUNT V: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,586,890

30.    Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

31.    On July 1, 2003, the Patent Office duly and legally issued the '890 patent, entitled "LED Driver Circuit with PWM Output," to Young-Kee Min et al.  Plaintiff KPNV is the assignee and owner of the '890 patent, a copy of which is attached hereto as Exhibit E.

32.    Upon information and belief, Defendant is engaged in activities that infringe the '890 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its LEDme® track lighting and downlight products, in the United States.

5

33.     Upon information and belief, Defendant is aware of the '890 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

34.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

### COUNT VI: PATENT INFRINGEMENT OF U.S. PATENT NO. 6,788,011

35.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

36.     On September 7, 2004, the Patent Office duly and legally issued the '011 patent, entitled "Multicolored LED Lighting Method and Apparatus," to George G. Mueller et al. Plaintiff PLNA is the assignee and owner of the '011 patent, a copy of which is attached hereto as Exhibit F.

37.     Upon information and belief, Defendant is engaged in activities that infringe the '011 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its InvisiLED® Palette system, in the United States.

38.     Upon information and belief, Defendant is aware of the '011 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

39.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

### COUNT VII: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,038,399

40.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

41.     On May 2, 2006, the Patent Office duly and legally issued the '399 patent, entitled "Methods and Apparatus for Providing Power to Lighting Devices," to Ihor A. Lys et al.

Plaintiff PLNA is the assignee and owner of the '399 patent, a copy of which is attached hereto as Exhibit G.

42.     Upon information and belief, Defendant is engaged in activities that infringe the '399 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its dimmable LEDme® track lighting and downlight products and other dimmable lighting products, in the United States.

43.     Upon information and belief, Defendant is aware of the '399 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

44.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

### COUNT VIII: PATENT INFRINGEMENT OF U.S. PATENT NO. 7,352,138

45.     Plaintiffs incorporate by reference paragraphs 1-9 as if fully set forth herein.

46.     On April 1, 2008, the Patent Office duly and legally issued the '138 patent, entitled "Methods and Apparatus for Providing Power to Lighting Devices," to Ihor A. Lys et al. Plaintiff PLNA is the assignee and owner of the '138 patent, a copy of which is attached hereto as Exhibit H.

47.     Upon information and belief, Defendant is engaged in activities that infringe the '138 patent under 35 U.S.C. § 271 by making, using, offering to sell, selling and/or importing LED Lighting Devices, including without limitation its dimmable LEDme® track lighting and downlight products and other dimmable lighting products, in the United States.

48.     Upon information and belief, Defendant is aware of the '138 patent and its infringement is deliberate, willful, and in reckless disregard of Plaintiffs' patent rights.

49.     Plaintiffs have been and continue to be injured by the infringing activities of Defendant.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the following relief:

(a) a declaration that Defendant infringes the patents-in-suit and a final judgment incorporating same;

(b) entry of preliminary and/or permanent equitable relief, including but not limited to a preliminary and/or permanent injunction that enjoins Defendant and any of its officers, agents, employees, assigns, representatives, privies, successors, and those acting in concert or participation with them from infringing and/or inducing infringement of the patents-in-suit;

(c) an award of damages sufficient to compensate Plaintiffs for infringement of the patents-in-suit by Defendant, together with prejudgment and post-judgment interest;

(d) a declaration or order finding that Defendant's infringement is willful and/or an order increasing damages under 35 U.S.C. § 284;

(e) a judgment holding that this is an exceptional case under 35 U.S.C. § 285 and awarding Plaintiffs their reasonable attorneys' fees, costs, and expenses; and

(f) such other relief deemed just and proper.

## **JURY DEMAND**

Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs hereby demand trial by jury of all issues so triable by a jury in this action.

Dated: January 12, 2015             Respectfully submitted,

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

**Attorney for Plaintiffs**
**Koninklijke Philips N.V. and**
**Philips Lighting North America Corporation**

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as nonregistered participants on January 12, 2015.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP.
Two Seaport Lane
Boston, MA 02210-2001
E-mail address: denise.defranco@finnegan.com
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

**Attorney for Plaintiffs**
**Koninklijke Philips N.V. and**
**Philips Solid-State Lighting Solutions, Inc.**