**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS LIGHTING NORTH AMERICA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WANGS ALLIANCE CORPORATION d/b/a WAC LIGHTING CO.,<br><br>Defendant. | CIVIL ACTION NO. 1:14-cv-12298-DJC |

**PLAINTIFFS' NOTICE OF PETITIONS FOR *INTER PARTES* REVIEW**
**FILED BY DEFENDANT WANGS ALLIANCE CORPORATION**
**WITH THE U.S. PATENT & TRADEMARK OFFICE**

Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation ("Philips") hereby submit this notice enclosing the seven Petitions for *Inter Partes* Review ("IPR Petitions") that Defendant Wangs Alliance Corporation ("WAC") filed with the U.S. Patent & Trademark Office on May 28, 2015.  During the Markman hearing on June 2, 2015, Philips referenced these IPR Petitions, and the slides that Philips presented to the Court at the hearing include citations to these IPR Petitions.  Copies of the IPR petitions are attached hereto as Exhibits 1-7:

| Exhibit No. | IPR Case No. | Patent No. |
|---|---|---|
| 1 | IPR2015-01287 | 6,013,988 |
| 2 | IPR2015-01289 | 6,147,458 |
| 3 | IPR2015-01290 | 6,250,774 |
| 4 | IPR2015-01291 | 6,561,690 |
| 5 | IPR2015-01292 | 6,586,890 |
| 6 | IPR2015-01293 | 7,352,138 |
| 7 | IPR2015-01294 | 7,038,399 |

Dated: June 2, 2015                                   Respectfully submitted,

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
denise.defranco@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP.
Two Seaport Lane
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

C. Brandon Rash (*pro hac vice*)
brandon.rash@finnegan.com
Mandy Song (*pro hac vice*)
mandy.song@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Daniel C. Cooley (*pro hac vice*)
daniel.cooley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
11955 Freedom Dr.
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

**Attorneys for Plaintiffs**
Koninklijke Philips N.V. and
Philips Lighting North America Corporation

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as nonregistered participants on June 2, 2015.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
E-mail: denise.defranco@finnegan.com
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

**Attorney for Plaintiffs**
Koninklijke Philips N.V. and
Philips Lighting North America Corporation