# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Solid-State Lighting Solutions, Inc., | ) Civil Action No. 14-cv-12298 |
| Plaintiffs, | ) Judge Denise J. Casper |
| v. | ) |
| Wangs Alliance Corporation d/b/a WAC Lighting Co., | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Megan D. Dortenzo, respectfully request the withdrawal of my appearance on behalf of Defendant Wangs Alliance Corporation d/b/a WAC Lighting Co. in the above-captioned case. Defendant will continue to be represented by the remaining attorneys of record from Thompson Hine LLP. Please continue to direct all Orders, pleadings, motions, correspondence and other material pertaining to this matter to Defendant's remaining attorneys of record.

Date: July 17, 2015

Respectfully submitted,

/s/Megan D. Dortenzo
Megan D. Dortenzo (*Pro Hac Vice*)
*Megan.Dortenzo@ThompsonHine.com*
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
(216) 566-5500 (Phone)
(216) 566-5800 (Fax)

*Attorney for Defendant Wangs Alliance Corporation d/b/a WAC Lighting Co.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2015, a copy of the foregoing Notice of Withdrawal of Appearance was electronically filed with the Court using the CM/ECF System, which will provide an electronic copy to all counsel of record.

/s/Megan D. Dortenzo
Megan D. Dortenzo