# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>PHILIPS LIGHTING NORTH AMERICA<br>CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WANGS ALLIANCE CORPORATION<br>d/b/a WAC LIGHTING CO.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 1:14-cv-12298-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

I, Denise W. DeFranco, respectfully request the withdrawal of my appearance on behalf of Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation, (collectively, "Plaintiffs") in the above captioned case. Plaintiffs will continue to be represented by Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

Dated: August 31, 2016              /s/ Denise W. DeFranco
                                        Denise W. DeFranco (BBO No. 558859)
                                        denise.defranco@finnegan.com
                                        FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP.
                                        Two Seaport Lane
                                        Boston, MA 02210-2001
                                        Telephone: (617) 646-1600
                                        Facsimile: (617) 646-1666

                                        **Attorney for Plaintiffs**
                                        Koninklijke Philips N.V. and
                                        Philips Lighting North America Corporation

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2016.

                                                            /s/ Denise W. DeFranco
                                                            Denise W. DeFranco (BBO No. 558859)
                                                            FINNEGAN, HENDERSON, FARABOW,
                                                            GARRETT & DUNNER, L.L.P.
                                                            Two Seaport Lane
                                                            Boston, MA 02210-2001
                                                            E-mail: denise.defranco@finnegan.com
                                                            Telephone: (617) 646-1600
                                                            Facsimile:  (617) 646-1666