# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS LIGHTING NORTH AMERICA CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WANGS ALLIANCE CORPORATION d/b/a WAC LIGHTING CO.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 14-cv-12298-DJC |

## JOINT STATUS MEMORANDUM

Pursuant to the Court's order allowing a stay in this case (D.I. 156), Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation and Defendant Wangs Alliance Corporation jointly submit this Status Memorandum.

The Patent Trial and Appeal Board ("Board") instituted *inter partes* review proceedings for six of the asserted patents in this case on November 25, 2015. To meet its statutory one-year deadline, the parties expect that the Board will issue its final written decisions regarding the patentability of the challenged claims no later than November 25, 2016. *See* 35 U.S.C. § 316(a)(11); 37 C.F.R. § 42.100(c). Accordingly, the parties respectfully request that the Court schedule a status hearing during the week of December 12-December 16, 2016, at a time convenient for the Court.

Dated: November 15, 2016

Respectfully submitted,

| /s/ David C. Radulescu | /s/ C. Brandon Rash |
|---|---|
| David C. Radulescu, Ph.D. (*pro hac vice*) | C. Brandon Rash (*pro hac vice*) |
| Tigran Vardanian (*pro hac vice*) | brandon.rash@finnegan.com |
| Etai Lahav (*pro hac vice*) | Mandy Song (*pro hac vice*) |
| Maria Granovsky (*pro hac vice*) | mandy.song@finnegan.com |
| Michael Sadowitz (*pro hac vice*) | Cara Regan Lasswell (*pro hac vice*) |
| RADULESCU LLP | cara.lasswell@finnegan.com |
| The Empire State Building | FINNEGAN, HENDERSON, FARABOW, |
| 350 Fifth Avenue, Suite 6910 |   GARRETT & DUNNER, LLP |
| New York, NY 10118 | 901 New York Avenue, NW |
| Telephone: (646) 502-5950 | Washington, DC 20001 |
| Facsimile: (646) 502-5959 | Telephone: (202) 408-4000 |
| david@radulescullp.com | Facsimile: (202) 408-4400 |
| tigran@radulescullp.com | |
| etai@radulescullp.com | Daniel C. Cooley (*pro hac vice*) |
| maria@radulescullp.com | daniel.cooley@finnegan.com |
| mike@radulescullp.com | FINNEGAN, HENDERSON, FARABOW, |
|  |   GARRETT & DUNNER, LLP |
| **Attorneys for Defendant** | 11955 Freedom Dr. |
| WAC Lighting Co. | Reston, VA 20190 |
|  | Telephone: (571) 203-2700 |
|  | Facsimile: (202) 408-4400 |
|  |  |
|  | **Attorneys for Plaintiffs** |
|  | Koninklijke Philips N.V. and |
|  | Philips Lighting North America Corporation |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as nonregistered participants on November 15, 2016.

/s/ C. Brandon Rash
C. Brandon Rash (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**Attorney for Plaintiffs**
Koninklijke Philips N.V. and
Philips Lighting North America Corporation