# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS LIGHTING NORTH AMERICA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WANGS ALLIANCE CORPORATION d/b/a WAC LIGHTING CO.,<br><br>Defendant. | CIVIL ACTION NO. 14-cv-12298 |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' April 13, 2018 settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

| | |
|---|---|
| Dated: April 20, 2018 | Respectfully submitted, |
| By: /s/ *David C. Radulescu* | /s/ *C. Brandon Rash* |
| David C. Radulescu, Ph.D. (*pro hac vice*) | C. Brandon Rash (*pro hac vice*) |
| Tigran Vardanian (*pro hac vice*) | brandon.rash@finnegan.com |
| Etai Lahav (*pro hac vice*) | John M. Williamson (*pro hac vice*) |
| Michael D. Sadowitz (*pro hac vice*) | john.williamson@finnegan.com |
| RADULESCU LLP | Kenie Ho (*pro hac vice*) |
| The Empire State Building | kenie.ho@finnegan.com |
| 350 Fifth Avenue, Suite 6910 | Aidan C. Skoyles (*pro hac vice*) |
| New York, NY  10118 | aidan.skoyles@finnegan.com |
| Telephone:  (646) 502-5950 | Forrest A. Jones (*pro hac vice*) |
| Facsimile:  (646) 502-5959 | forrest.jones@finnegan.com |
| david@radip.com | J. Preston Long (*pro hac vice*) |
| tigran@ radip.com | j.preston.long@finnegan.com |
| etai@ radip.com | Kelly C. Lu (*pro hac vice*) |
| mike@ radip.com | kelly.lu@finnegan.com |
| | Umber Aggarwal |
| ***Attorneys for Defendant WAC Lighting Co.*** | umber.aggarwal@finnegan.com (*pro hac vice*) |
| | Amy L. Fulton (*pro hac vice*) |
| | amy.fulton@finnegan.com |
| | |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, LLP |
| | 901 New York Avenue, NW |
| | Washington, DC 20001 |
| | Telephone: (202) 408-4000 |
| | Facsimile: (202) 408-4400 |
| | |
| | Christopher S. Schultz (BBO No. 630814) |
| | FINNEGAN, HENDERSON, FARABOW, |
| |   GARRETT & DUNNER, L.L.P. |
| | Two Seaport Lane |
| | Boston, MA 02210 |
| | christopher.schultz@finnegan.com |
| | Telephone: (617) 646-1600 |
| | Facsimile: (617) 646-1666 |
| | |
| | *Attorneys for Plaintiffs Koninklijke Philips N.V. and Philips Lighting North America Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on April 20, 2018

/s/ *C. Brandon Rash*
C. Brandon Rash (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
　GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

**Attorney for Plaintiffs**
Koninklijke Philips N.V. and
Philips Lighting North America Corporation